1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIHAD CALIPH MUHAMMAD,

        Plaintiff,                    No. CIV S-09-0228 KJM P

    vs.

JOHN HAVILAND, Warden, et al.,      ORDER AND

        Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). However, a court may deny leave to proceed in forma pauperis if it appears from the face of the proposed complaint that the action is frivolous. <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113 (9th Cir. 1998). In determining whether an action is frivolous, the court may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless." <u>Neitzke v. Williams</u>, 490 U.S. 319, 327 (1989). Such allegations include those "describing fantastic or delusional scenarios, claims with which federal

1

1 district judges are all too familiar." Neitzke, 490 U.S. at 328; see also Denton v. Hernandez, 504
2 U.S. 25, 33 (1992) (finding of frivolousness appropriate when allegations are irrational or wholly
3 incredible).
4      Plaintiff "moves for an order denying defendants . . . motion to dismiss petition
5 for civil suit. . . ." This claim is frivolous.
6      IT IS HEREBY ORDERED that the Clerk of the Court assign a district judge to
7 this case.
8      IT IS HEREBY RECOMMENDED that this action be dismissed as frivolous.
9      These findings and recommendations are submitted to the United States District
10 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
11 days after being served with these findings and recommendations, any party may file written
12 objections with the court and serve a copy on all parties.  Such a document should be captioned
13 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
14 shall be served and filed within ten days after service of the objections.  The parties are advised
15 that failure to file objections within the specified time may waive the right to appeal the District
16 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 DATED: June 19, 2009.
18
19                    U.S. MAGISTRATE JUDGE
20 2
21 muha0228.friv
22
23
24
25
26